■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. SANDRA L. LITTLETON, Admitted on June 4, 1990, at a Term of the Appellate Division, First Department. [740 NYS2d 191] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ. [*See* 247 AD2d 158.]